JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER      ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed. No ☐  Yes ☐  If yes, give date _____ & Case No. _____

Is this an international arbitration case?     No ☐     Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)           NATURE OF SUIT

**TORTS**                                                                    **ACTIONS UNDER STATUTES**

**CONTRACT**            **PERSONAL INJURY**      **PERSONAL INJURY**         **FORFEITURE/PENALTY**   **BANKRUPTCY**              **OTHER STATUTES**

[ ] 110  INSURANCE      [ ] 310 AIRPLANE         [ ] 367 HEALTHCARE/          [ ] 625 DRUG RELATED    [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120  MARINE         [ ] 315 AIRPLANE PRODUCT     PHARMACEUTICAL PERSONAL     SEIZURE OF PROPERTY      28 USC 158              [ ] 376 QUI TAM
[ ] 130  MILLER ACT             LIABILITY            INJURY/PRODUCT LIABILITY    21 USC 881           [ ] 423 WITHDRAWAL           [ ] 400 STATE
[ ] 140  NEGOTIABLE     [ ] 320 ASSAULT, LIBEL & [ ] 365 PERSONAL INJURY       [ ] 690 OTHER              28 USC 157                       REAPPORTIONMENT
         INSTRUMENT             SLANDER              PRODUCT LIABILITY                                                            [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF    [ ] 330 FEDERAL          [ ] 368 ASBESTOS PERSONAL                             **PROPERTY RIGHTS**         [ ] 430 BANKS & BANKING
         OVERPAYMENT &          EMPLOYERS'           INJURY PRODUCT                                                               [ ] 450 COMMERCE
         ENFORCEMENT            LIABILITY            LIABILITY                                         [ ] 820 COPYRIGHTS          [ ] 460 DEPORTATION
         OF JUDGMENT    [ ] 340 MARINE                                                                 [ ] 830 PATENT              [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT   [ ] 345 MARINE PRODUCT   **PERSONAL PROPERTY**                                 [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ENCED & CORRUPT
[ ] 152  RECOVERY OF            LIABILITY        [ ] 370 OTHER FRAUD                                   [ ] 840 TRADEMARK                   ORGANIZATION ACT
         DEFAULTED      [ ] 350 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING                                                                  (RICO)
         STUDENT LOANS  [ ] 355 MOTOR VEHICLE                                                          **SOCIAL SECURITY**         [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)        PRODUCT LIABILITY                                                                                 [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF    [ ] 360 OTHER PERSONAL   [ ] 380 OTHER PERSONAL       **LABOR**                [ ] 861 HIA (1395ff)
         OVERPAYMENT            INJURY                PROPERTY DAMAGE                                  [ ] 862 BLACK LUNG (923)    [ ] 850 SECURITIES/
         OF VETERAN'S   [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR       [ ] 863 DIWC/DIWW (405(g))          COMMODITIES/
         BENEFITS               MED MALPRACTICE        PRODUCT LIABILITY              STANDARDS ACT   [ ] 864 SSID TITLE XVI              EXCHANGE
[ ] 160  STOCKHOLDERS                                                         [ ] 720 LABOR/MGMT       [ ] 865 RSI (405(g))
         SUITS                                                                        RELATIONS
[ ] 190  OTHER                                   **PRISONER PETITIONS**       [ ] 740 RAILWAY LABOR ACT                           [ ] 890 OTHER STATUTORY
         CONTRACT                                [ ] 463 ALIEN DETAINEE       [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**               ACTIONS
[ ] 195  CONTRACT       **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO               LEAVE ACT (FMLA)                              [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                       VACATE SENTENCE                                [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY                                     28 USC 2255            [ ] 790 OTHER LABOR             Defendant)          [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE      **CIVIL RIGHTS**         [ ] 530 HABEAS CORPUS                LITIGATION      [ ] 871 IRS-THIRD PARTY              MATTERS
                                                 [ ] 535 DEATH PENALTY        [ ] 791 EMPL RET INC            26 USC 7609         [ ] 895 FREEDOM OF
                        [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER          SECURITY ACT (ERISA)                                 INFORMATION ACT
**REAL PROPERTY**               (Non-Prisoner)                                                                                    [ ] 896 ARBITRATION
                        [ ] 441 VOTING                                                                                            [ ] 899 ADMINISTRATIVE
[ ] 210  LAND           [ ] 442 EMPLOYMENT                                    **IMMIGRATION**                                             PROCEDURE ACT/REVIEW OR
         CONDEMNATION   [ ] 443 HOUSING/         **PRISONER CIVIL RIGHTS**                                                                APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE            ACCOMMODATIONS                                [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &   [ ] 445 AMERICANS WITH   [ ] 550 CIVIL RIGHTS                 APPLICATION                                 [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT              DISABILITIES -   [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION                                   STATE STATUTES
[ ] 240  TORTS TO LAND          EMPLOYMENT       [ ] 560 CIVIL DETAINEE               ACTIONS
[ ] 245  TORT PRODUCT   [ ] 446 AMERICANS WITH           CONDITIONS OF CONFINEMENT
         LIABILITY              DISABILITIES -OTHER
[ ] 290  ALL OTHER      [ ] 448 EDUCATION
         REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION        DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
UNDER F.R.C.P. 23                         AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                          IF SO, STATE:

DEMAND $_____   OTHER _____    JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND:  ☐ YES  ☐ NO               NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

### COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE _____ SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT # _____   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)